

# FASS & D'AGOSTINO P.C.

## ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
James M. Hanley Federal Building
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

July 19, 2021



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 2 3 2021
____ O'CLOCK
Domurad, Clerk - Syracuse

RE: Joseph Pepitone v. National Baseball Hall of Fame and Museum, Inc.
NYND CASE NO. 6:21-cv-781 (LEK/ATB)

Dear Mr. Domurad:

This letter is to advise that I do intend to seek Permanent Admission to the United States District Court, Northern District of New York, and will remain as counsel of record in the above referenced matter.

Respectfully,

Joseph A. D'Agostino

Ec: David M. Barshay, Esq.



**FASS & D'AGOSTINO** p.c.

ATTORNEYS AT LAW

150 Broadhollow Road
Suite 217
Melville, NY 11747

MID-ISLAND NY 117

21 JUL 2021 PM 4 L

B9697712
**$0.51 0**
US POSTAGE
FIRST-CLASS
062S0006340739
11747

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
James M. Hanley Federal Building
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261-7367

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUL 23 2021

RECEIVED

13261-736767