UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH PEPITONE,                                :    6:21 Civ. 00781 (LEK) (ATB)
                                                :
                Plaintiff,                      :    **DECLARATION OF MICHAEL F.**
                                                :    **BUCHANAN IN SUPPORT OF**
        - against -                             :    **DEFENDANT NATIONAL**
                                                :    **BASEBALL HALL OF FAME AND**
NATIONAL BASEBALL HALL OF FAME                  :    **MUSEUM, INC.'S MOTION TO**
AND MUSEUM, INC.,                               :    **DISMISS THE COMPLAINT WITH**
                                                :    **PREJUDICE**
                Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL F. BUCHANAN, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct:

1. I am an attorney duly admitted to practice before this Court and partner at the law firm of Patterson Belknap Webb & Tyler LLP, attorneys for Defendant National Baseball Hall of Fame and Museum, Inc. (the "Baseball Hall of Fame"). I am familiar with the facts of this action and respectfully submit this Declaration in support of the Baseball Hall of Fame's Motion to Dismiss the Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an October 25, 1959 agreement between Hillerich & Bradsby Co. and Joseph Pepitone, which is referenced in Paragraphs 21-24 of the Complaint in the above-captioned action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the bankruptcy petition filed by Joseph Pepitone in *In re Pepitone*, Ch. 7 Case No. 8-10-72883-DTE (Bankr. E.D.N.Y. Apr. 22, 2010), ECF No. 1.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Statement Pursuant to Local Rule 2017 filed by Joseph Pepitone's lawyer, Robert L. Pryor, in *In re Pepitone*, Ch. 7 Case No. 8-10-72883-DTE (Bankr. E.D.N.Y. Apr. 22, 2010), ECF No. 2.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Order discharging Joseph Pepitone from bankruptcy filed in *In re Pepitone*, Ch. 7 Case No. 8-10-72883-DTE (Bankr. E.D.N.Y. Aug. 12, 2010), ECF No. 20.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Order of Discharge and Notice to Creditors filed in *In re Pepitone*, Ch. 7 Case No. 8-10-72883-DTE (Bankr. E.D.N.Y. Aug. 14, 2010), ECF No. 21.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the bankruptcy docket in *In re Pepitone*, Ch. 7 Case No. 8-10-72883-DTE (Bankr. E.D.N.Y., filed Apr. 22, 2010).

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Final Decree closing Joseph Pepitone's bankruptcy proceeding filed in *In re Pepitone*, Ch. 7 Case No. 8-10-72883-DTE (Bankr. E.D.N.Y. July 18, 2011), ECF No. 22.

Dated:  New York, New York
        August 20, 2021

_____
Michael F. Buchanan (Bar Roll #702975)

## CERTIFICATE OF SERVICE

    I, Michael F. Buchanan, hereby certify, pursuant to 28 U.S.C. § 1746, that on August 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated:  August 20, 2021
         New York, New York

                              By: _____
                                    Michael F. Buchanan (Bar Roll #702975)