# Exhibit 1

Form 1958

# HILLERICH & BRADSBY CO.
INCORPORATED

SOLE MANUFACTURERS OF THE CELEBRATED

"LOUISVILLE SLUGGER" BASEBALL BATS

416 FINZER STREET

LOUISVILLE 2, KY.

## AGREEMENT

For valuable consideration in hand paid, the receipt of which is hereby acknowledged, and for other good and valuable considerations, I, the undersigned, hereby grant unto Hillerich & Bradsby Co., a corporation of Kentucky, its successors and assigns, the sole and exclusive right to use my name, autograph, portrait, photograph, picture, initials, and/or nickname, for trademark and/or advertising purposes in connection with the manufacture and/or sale of baseball, softball and miniature bats and other products featuring miniature "Louisville Slugger" bats and I hereby consent to the registration of any such material as a trademark for any such products by said Hillerich & Bradsby Co.

I hereby endorse and have bona fide used or will so use the bats made by Hillerich & Bradsby Co. and having my name associated therewith, and warrant that I have not previously made and will not hereafter make any agreement, assignment or license in conflict herewith.

EXECUTED in duplicate this 25 day of ___October___, 19Y3

at _St. Petersburg, Fla_

_[signature]_ (SEAL)

Player's Signature—Full Name

JOSEPH A. PEPITONE

WITNESS: _Frank J. Ryan_
Signature

Home Address 270 St Marks Ave - Brooklyn, N.Y.

Club N.Y. Yankees     Position Infield & Outfield

Age 18  Height 6' 2"  Weight 176  Birth: Yr. 1940  [redacted]  Day [redacted]

Sign on these lines three or four times the way you wish your name to appear on Louisville Sluggers.

Joe Pepitone    Joe Pepitone

Joe Pepitone    Joe Pepitone

Bat Model L5    Length 34¼    Weight 32

Ship to Home

[Handwritten notes in left margin, rotated:]
Right Hand Reaf Clecks — Let 4 L&S woods Req. 45 — John Player Club
St. Petersburg — Eugene Field — Right Hand
No N.Y. Yankees Reg. 45 — done "  90
done to Lim " 9 " done