UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOE PEPITONE,

                    Plaintiff,

-against-                            6:21-CV-0781 (LEK)

NATIONAL BASEBALL HALL
OF FAME AND MUSEUM, INC.,

                    Defendant.

## DECISION AND ORDER

The Court has received Plaintiff's Motion for Voluntary Dismissal Without Prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). Dkt. No. 13 ("Motion"). The Court grants Plaintiff's Motion. Plaintiff's Complaint is dismissed without prejudice and with leave to refile.

**IT IS SO ORDERED.**

DATED:    October 12, 2021
              Albany, New York

LAWRENCE E. KAHN
United States District Judge